# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                             **CASE NO.: 2:11-CR-283 (4)**
                                                                     **JUDGE SMITH**
                                                                       **MAGISTRATE JUDGE KEMP**

**JAMIE L. SMITH,**

    **Defendant.**

## ORDER

On July 23, 2012, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Smith's guilty plea to Count Two of the Superseding Indictment charging her with conspiracy to engage in a financial transaction in excess of $10,000, involving criminally derived property, in violation of 18 U.S.C. § 1956(h). Defendant, represented by counsel, waived her right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of her right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count Two of the Superseding Indictment. Defendant is hereby adjudged guilty of conspiracy to engage in a transaction in excess of $10,000.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**